PROBATION FORM NO. 35  
(3/94)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF NEW YORK

*FILED AUG -1 2013 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

UNITED STATES OF AMERICA

v.

Crim. No. 6:04-CR-06163-1

Scott Gilbert

On August 14, 2009 the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Thomas S. Gilbert  
U.S. Probation Officer

Reviewed and Approved:

George R. Martin  
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 31 day of July, 2013.

Honorable David G. Larimer  
United States District Judge

**UNITED STATES PROBATION
AND PRETRIAL SERVICE**

# MEMORANDUM

**DATE:** July 30, 2013

**TO:** Honorable David G. Larimer
U.S. District Court Judge

**FROM:** Thomas S. Gilbert
U.S. Probation Officer

**SUBJECT:** United States of America vs. Scott Gilbert
Case Number: 6:04-CR-06163-1

On July 5, 2005, Scott Gilbert was sentenced to sixty (60) months incarceration to be followed by five (5) years of supervised release after pleading guilty to a violation of 18 U.S.C. § 924(c)(1), Possession of a Firearm in Furtherance of a Drug Trafficking Crime. The special conditions imposed by the Court included substance abuse testing/treatment, providing Probation with any requested financial information, and search. The Court also imposed a $1,500 fine, and a $100 special assessment fee.

The defendant commenced his term of supervised release on August 14, 2009, and has complied with all of the conditions of supervision including paying off his special assessment and fines in a timely manner, testing negative for all illegal substances, reporting to the probation office as directed, maintaining full time employment, and avoiding any further contact with law enforcement. Due to his compliance with these conditions, we are requesting that the Court terminate the defendant's term of supervised release early. I have spoken with Assistant U.S. Attorney Brett Puscheck who has no opposition to this request.

Prepared by:

_____
Thomas S. Gilbert
U.S. Probation Officer

Approved by:

_____
George R. Martin
Supervising U.S. Probation Officer